UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  　　　　　　　　　　　　　　　CASE NO.: 21-30240-KKS
　　　　　　　　　　　　　　　　　　　CHAPTER 13
ANN MAXINE FARRIOR

　　　　　Debtor.　　　　　　　　　　　　　/

ORDER GRANTING CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS (Doc. 21)

**THIS CAUSE** came before the Court on the Chapter 13 Trustee's *Motion to Dismiss* (Doc. 21; the "Motion") filed on July 6, 2021 under negative notice pursuant to Local Rule 2002-2. With no objection or response having been filed within the prescribed notice period, the Court considers the matter unopposed, and it is

**ORDERED**:

1. The Chapter 13 Trustee's Motion is GRANTED, and the Debtor(s)' Chapter 13 case is DISMISSED.

2. If the Court has entered an Order Confirming Plan and Order to Debtor(s), the Trustee is directed to pay any funds on hand to creditors.

3. If there has not been an Order Confirming Plan and Order to Debtor(s) entered by the Court, then the Court reserves jurisdiction solely to

determine the fees and expenses for the Chapter 13 Trustee. The Chapter 13 Trustee shall then have fifteen (15) days in which to file an application for said fees. Upon the filing of said application for fees, or if no fee application is filed, then the Chapter 13 Trustee shall forthwith remit all funds on hand, less the amounts requested for fees and expenses, to the Debtor(s). The Trustee shall hold all funds not remitted to the Debtor(s) pending a hearing or Order to determine reasonable fees and expenses.

4. The Debtor(s) is directed to immediately remit any unpaid filing fees, if due. Debtor(s) must remit all past sums due to the Clerk before filing a new Petition. The Court retains jurisdiction to collect all unpaid fees, and the Clerk is directed to pursue all available avenues to ensure the fees are collected.

**DONE AND ORDERED** on    July 30, 2021                           .

_____
KAREN K. SPECIE
CHIEF U.S. BANKRUPTCY JUDGE

LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.

THIS ORDER PREPARED BY:
LEIGH DUNCAN GLIDEWELL, ESQ.
CHAPTER 13 TRUSTEE
P. O. BOX 646
TALLAHASSEE, FL 32302